December 19,2005

2:05-CR-278-JCM

To Whom It May Concern:

I Krishna Ponder state that the following statement is true:

I completely made the whole thing up. I made it up because I was mad at Jon. He had gone behind my back and got with my ex-girlfriend Teresa Maldonado. Not only did he get with Terri, but he got her pregnant. I wanted to get even with him. I knew that because he had been previously in prison for a violent crime that, if I said he had committed a violent crime against me that it would send him back to the Pen. If he was back in the pen then he would be out of the picture. The day before I was injured, we had a heated argument over the phone, about him getting Terri pregnant. I was so upset over the whole situation that I went out on a drinking binge. I received my injuries from getting into a bar fight in the parking lot of a bar. Jon was no where around when I received my injuries. I saw an opportunity to get even and used it.

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
DEC 27
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

State of Nevada
County of Clark

Krishna Ponder




Stacey Chapman

Krishna Ponder

November 17, 2005

Honorable Judge James C. Mahan,

My name is Jon Donyae Ponder, Federal inmate number 275288. I am currently incarcerated at the North Las Vegas Federal Detention Center. I will be before your honorable court on December 2, 2005 for the purpose of sentencing on charges that I plead guilty to on August 2, 2005.

This letter is my attempt to express to your Honorable court my sincerest apologies for what I have done. It is my attempt to convey the deepest regrets I have for the irreversible affects that my selfish and irrespective actions have caused my family, my friends, and the society of which, I've worked hard at being a productive member of.

Your Honor, there's an old cliché which goes something to the effect "If only I can turn back the hands of time," which at face value appears to be appropriately applicable in this scenario. But then the realism of reality sets in and lets me know, that I can't do that. However, your Honor, what I can do is except responsibility for the things I've done, in their totality. Take great lessons from this experience and bring forth an abundance of positivity out of this negative situation. And direct my concentrations on getting ready to get back to the business of life.

Your Honor, with that being said, I respectfully ask this Honorable court to grant me leniency when considering an appropriate sentence for my offences. Sir, I am by no means asking your Honor for a "slap on the wrist". However, I am asking your Honorable court to extend me the latitude of a consideration at or below the sentencing guidelines.

Your Honor, my intentions are to use this time in prison as an opportunity to take full advantage of every benefit available to me from the Positive Prison Programming. I will use this time as an opportunity to address each and every issue surrounding the circumstances that not only lead to this incarceration, but I will redirect my full attention and perceptions to the man deep within me and make corrections on all my correctable inequities.

My plans your Honor, are to further my education with a strong emphasis on obtaining a degree(s) in business management to correlate with my existing experiences in management with the Wal-Mart Supercenters. I feel this is a career field that I have excelled at. And one, which I wish to continue to excel at on higher levels of management. Hence, it is my intent to continue my studies in all aspects of the business field after I'm released.

Your Honor, my plans also include reading every book on, and participating in every parenting class available to me. So that when I return home I can be the absolute best father that I can be for my 11 year-old son Donyae. Your Honor, he means everything in the world to me. He is at an age and a stage in his life, where he desperately needs me. He is looking to me for guidance, acceptance, discipline, the "dad show me how to's", and the "that a boy pats on the back". And I am not there for him. And everyday that I am away from him, I have to look at the man in the mirror and he will painfully remind me that it was my actions that have torn the very fabrics of our union. Your Honor, I have high hopes of hurrying home to him so that I may continue to teach and train him. Affording him every opportunity to grow to be a productive member of society. That is something that is very important to me, and to him. That is why sir, with every ounce of energy that I can muster, I will use this term in prison to reinvent myself so that I may lead my son by positive examples. I owe him that.

Your Honor, I once again, respectfully ask you to please take into consideration my intentions and the remorse and concerns I have expressed. I respectfully ask you to be mindful of my indicated focal points, as they will serve as my constant reminder to promote future respect for the law. Additionally sir, I ask you to please take into consideration that the absence from my son's life and my fully loaded agenda, where his future is concerned, will serve as deterrence to any future criminal conduct on my behalf. I owe that one to society.

Your Honor I thank you in advance for your time, your efforts, and any and all considerations.

Respectfully Submitted,

Jon Donyae Ponder

WAL★MART SUPERCENTER

Store # 2593
2310 E. Serene Ave.
Las Vegas, NV 89123
702-270-7831

August 16, 2005

Honorable Judge James C. Mahan,

This letter is in regards to my previous associate Jon Ponder. Mr. Ponder was the Dairy Department Manager for well over a year. Mr. Ponder was an exceptional performer, a great trainer, and a strong leader. He was always striving to learn more and to pass his knowledge onto his associates. His subordinates respected him and his leadership skills. I, as his co-manaer could always count on Jon to do whatever was necessary to assist in the store meeting its expectations.

If at anytime Jon was interested in returning to Wal-Mart Supercenter, we would be happy to re-employ him.

Sincerely,

Lynn Lecke
Co-Manager

9129 W. Desert Inn Rd
#P203
Las vegas NV. 89117

Judge,

my name is Donyae Ponder I am 11 years old. my dad's name is Donyae Ponder to. Everybody call's him Jon. He is in Jail right now Becouse He broke the law. He's the Best dad in the whole world. He teaches me how to Play Basket Ball and buy's me things that I want. Sometimes when my mom tell's me no about something my dad sometimes my dad tell's me yes. I have not seen my dad in a long time Becouse He is in Jail. I miss him very much. can He Please come home to me and my mom soon. Thank you

Donyae Jordan Ponder

9129 W. Desert Inn Rd. Apt.#P203
Las Vegas, NV 89117
October 18, 2005

Honorable Judge James Mahan
Llyod D. George Federal Courthouse
333 Las Vegas Blvd.
Las Vegas, NV 89101

Honorable Judge Mahan:

Our names are: Hiawatha, Darryl, Krishna, and Pheron. We are writing this letter on behalf of our brother Jon Donyae, who will be in your court on October 21, 2005 for sentencing.

We hope that you will take into consideration when determining his prison sentence that he is loved and needed. He made a mistake and is truly sorry. He has always been a hard worker, good son, and excellent uncle and brother. He is a team player and a leader in all of his jobs.

We know that our brother, Jon, understands what he did was wrong and that he has learned a great lesson from this. We pray that you will be lenient and show him mercy.

Sincerely,

The Brothers "4"

The Brothers 4
Krishna Parder

October 10, 2005

Honorable Judge Mahan,

My name is Ruth McGroom. My family and I write to you today on behalf of Mr. Jon Ponder. He will be in your Court on 10-21-05 to be sentenced. I am a longtime friend of his mothers Mrs. Barbara Ponder, and I have known Jon for over 10 years.

We write to you today to tell you some things about Jon's Character that we think is important for you to know.

Sir, Jon is a very caring and loving man. He goes out of his way to help a lot of people in a lot of ways. He has personally helped us on numerous occasions. I've seen him extend those same courtesies to total strangers. It's a part of who he is. Furthermore, the love he shows and has to his mother is to be envied by all. He helps her with the transportation, shopping, and her monthly expenses where she may fall a little short. His pride and joy in his son Donyae, your Honor, when you

see them together the glow that radiates from the two of them, could be bottled and sold for a small fortune.

Your Honor, I don't know Jon's reasons for doing what he did. His actions were outside the boundaries of his character. Jon has told us that he was sorry for what he did. That if he could take back what he did, he would. We believe him, we pray that you will too. We hope that these words will soften your heart and you find it feasible to show him mercy on the day he is sentenced. Thank you for your time.

Sincerely

Ruth Mc Groon

October 12, 2005

Honorable Judge Mahan,

My name is Andrea Finch. I am a friend of Mr. Jon Ponder. He will be appearing in your courtroom on October 21, 2005, to be sentenced. I am hoping to take a few minutes of your time to show you the side of Jon that I have grown to know and love over the last couple of years.

To look at him he appears to be a "hard" man. That he would be one of those guys that you would avoid on the street. That is to the contrary. Jon is one of the kindest men out there. He goes out of his way to help the people in his life, even total strangers, (which are not strangers for long). He treats his mother, his sister, and his nieces, like they are queens. He used to drive clear across town at 11:00 at night to pick his mother up from work so she wouldn't have to ride the bus. He will sing a song or tell a joke or just give you a big ole bear hug if he thinks that it will brighten your day, even if for only a moment.

Your Honor, He has an 11-year-old son, named Donyae. Donyae absolutely worships his father. I have never seen him so happy as when his dad is around. This is also my greatest concern. Donyae is at the very impressionable age where he can be easily influenced to do either the right thing or the wrong thing. Even though Donyae was not living with Jon, they spent a lot of time together. Donyae was doing well in school, was a happy and smart young man. Every since Jon's incarceration, Donyae isn't doing as well. He seems to be sad and a lot angrier. He has even had a couple of fights in school. Without his fathers constant influence, I worry that the streets will get him, before Jon gets back.

Your Honor, I know that what Jon did was wrong. For quite a while I was very angry with him, for being so selfish. I do know now, that he is very sorry for what he did. He has finally realized that his actions have affected more then just "his" life. I am not asking you to overlook any part of his crimes. He does need to repay his debt to society. What I am asking is that you consider leniency when sentencing him. There are a lot of people counting on him, missing him, and loving him. I thank you so much for your time and your consideration in this matter. It is greatly appreciated.

Sincerely,

[signature]

Andrea Finch

October 14, 2005

Your Honor,

My name is Darryl D. Ponder Jr. I am writing to you about my uncle, Mr. Jon D. Ponder. He goes to court on the 21st of October to get sentenced. I want to tell you my uncle is a good man. I grew up in the house with him and my grandmother. He always treated me more like his little brother than like my uncle. He has taught me a lot about life and about right and wrong. As I got older he became more of a father figure to me then my own father was. A few years ago, I got into some trouble with the law. I was hanging around the wrong crowd. My uncle Pooch (that's what me and all my cousins call uncle Jon) came all the way down to Tampa, Florida, to help me and to straighten me up. Thanks to uncle Pooch, I go to school and I work a job too. Plus I Have not been in any trouble since.

Your Honor, I want to ask you if you can please show him some mercy. My uncle Pooch is a good man who made a bad mistake. Please see that like I do. Thank you.

Sincerely

Darryl D. Ponder

Darryl D.Ponder

Ruth Z. Ponder
9129 W. D.I. Road
Las Vegas Nev
89117

Honorable Judge James Mahan.
Llyod D. George Federal Courthouse
333 Las Vegas Blvd
Las Vegas Nevada 89101

Honorable Judge Mahan,

My name is Ruth Ponder. I am writing on behalf of my brother Jon D. Ponder, who will be in your court on October 21, 2005 for sentencing.

Your Honor, I wish to tell you something about my brother that may not come up in court, that I hope you will take into consideration when determining his sentencing. My brother has always been there for me, helping me in any way that he could. Him and I are very, very, close and we always have been. I miss him dearly. He is very special to me. He is also very well admired throughout our neighborhood. All the kids love to play basketball with him. Your Honor, he also is an excellent father to Tiffany his daughter, and Donyae whom is his son. Tiffany is older now, but Donyae being absent from his father, and my brother being absent from his son's life for any long period of time, Your Honor will have a negative impact on him. I am afraid of that. Your Honor, I would also like

5

To express the fact that my mother is up in age, Seventy one years old to be exact and she is not in good health. She is a High blood pressure [illegible] and she is under a lot of stress.

Your Honor, I know that my brother did was wrong, and my Brother realizes this also. As his Sister, I pray that you will be lenient in making your decision.

Sincerely,
Ruth Ponder

9129 W. Desert Inn Rd.
#P203
Las Vegas, NV 89117
Oct 14, 2005

Honorable Judge James Mahan
Lloyd D George Federal Courthouse
333 Las Vegas Blvd.
Las Vegas, NV 89101

Honorable Judge Mahan;

My name is Barbara Ponder. I am writing on behalf of my son Jon D. Ponder who will be in your court on october 21, 2005 for sentencing.

Your Honor my son understands what he did was wrong, and I think he has learn his lesson.

He is a smart stable young man. Always work hard, eager to learn and lend a helping hand.

He takes time out and play football & basketball with the kid in the neighbor hood.

My son is an excellent father to Tiffany and Donyae.

Tiffany is older now and is not affected the way Donyae is.

I do think if his father is away for a long period of time, it will have a negative impact on him.

As Jon's mother I pray you will be leinant and show him mercy.

11

I am 71 yrs. old now and I plan to move back east next spring. This town is to fast for me, and I would like to be near enough to be able to visit him every two or three mo.

Thank You for your Consideration

Respectfully
Barbara E. Ponder