

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JON DONYAE PONDER, )<br>)<br>Defendant. )<br>_____ ) | 2:05-CR-278-JCM-PAL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#17) on March 28, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee:  Nevada State Bank
Amount of Restitution: $2,230.00

Name of Payee:  Little Caesars Pizza
Amount of Restitution: $247.00

Name of Payee:  Quiznos
Amount of Restitution: $1,569.00

Name of Payee:  Subway Sandwiches
Amount of Restitution: $289.00

Name of Payee:  All Star Cleaners
Amount of Restitution: $90.00

Name of Payee: Andy Capz Pub
Amount of Restitution: $1.740.00

**Total Amount of Restitution Ordered:** $6,165.00

Dated this _____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE