# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### JON DONYAE PONDER

#### A FULL AND UNCONDITIONAL PARDON

**FOR HIS CONVICTION** in the United States District Court for the District of Nevada on an information (Docket No. 2:05-CR-00278-JCM-PAL) charging violation of Sections 1951 and 2113(a), Title 18, United States Code, for which he was sentenced on December 27, 2005, to 63 months' imprisonment, three years' supervised release, and $6,165 (six thousand, one hundred sixty-five dollars) in restitution.

**IN TESTIMONY WHEREOF,** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this twenty-fifth day of August in the year of our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
President